# Third District Court of Appeal

## State of Florida

Opinion filed July 26, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1884
Lower Tribunal No. 2022-016184 CILB
_____

**Roger Llaurado,**
Appellant,

vs.

**Department of Business and Professional Regulation,**
Appellee.


An Appeal from the Department of Business and Professional Regulation.

Roger Llaurado, in proper person.

Brooke Elizabeth Adams, Chief Appellate Counsel (Tallahassee), for appellee.


Before EMAS, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>A & S Ent., LLC v. Fla. Dep't of Revenue</u>, 282 So. 3d 905, 908-909 (Fla. 3d DCA 2019) ("The basic cornerstones of procedural due process are notice of the case and an opportunity to be heard. Due process is satisfied where the notice and opportunity to be heard are 'granted at a meaningful time and in a meaningful manner'") (additional citations omitted); <u>Jennings v. Dade Cty.</u>, 589 So. 2d 1337, 1340 (Fla. 3d DCA 1991) ("A quasi-judicial hearing generally meets basic due process requirements if the parties are provided notice of the hearing and an opportunity to be heard"). <u>See also</u> Fla. Admin. Code R. 28-106.111(4) (providing: "Any person who receives written notice of an agency decision and who fails to file a written request for a hearing within 21 days waives the right to request a hearing on such matters. This provision does not eliminate the availability of equitable tolling as a defense").